USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**CARMEN RAMOS,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

**---------------------------------------------------------------X**

**26-CV-05578 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Commissioner filed the Electronic Certified Administrative Record on October 14, 2026. ECF No. 18. Per this District's Standing Order governing challenges to denials of social security benefits, *pro se* Plaintiff's brief was due on Friday, November 13, 2026. See ECF No. 10. To date, Plaintiff has not filed anything.

Plaintiff is directed to file her brief on or before Wednesday, December 30, 2026. For assistance, Plaintiff may wish to contact the New York County Lawyers Association for support through its Social Security SDNY Project, listed at https://www.nycla.org/resource/pro-bono/nycla-pro-bono-programs-for-new-yorkers/. After Plaintiff's brief is filed, the Commissioner shall have thirty days to file a response. Plaintiff's reply, if any, shall be filed fourteen days later.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 25, 2026
New York, New York